**Abdel FATTAH, Appellant**

v.

**DEPARTMENT OF CORRECTIONS,**
**State Correctional Institute at Rock-**
**view, John E. Wetzel and Marirosa**
**Lamas, Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

Abdel Fattah, pro se.

Timothy Adres Holmes, Esq., PA Department of Corrections, Mechanicsburg, for Pennsylvania Department of Corrections, et al.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is AFFIRMED.